# Court of Appeals
# of the State of Georgia

ATLANTA, March 07, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0078.  TERRI DAWSON v. SYLVAN HOMES.**

Upon consideration of Appellant's Rule 40 (c) motion, the motion is hereby denied. The motion fails to establish that invocation of this Court's mandamus jurisdiction is warranted under the facts of this case. See Court of Appeals Rule 40 (c).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 03/07/2025

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*